IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLEMENCE K. DARTEY           :    CIVIL ACTION
                             :
VS.                          :    NO.   02-4640
                             :
                             :

McNEILL NUTRITIONALS, ET AL

## ORDER

AND NOW, this 16th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Stewart Dalzell to the Honorable J. Curtis Joyner.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court