:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLEMENCE K. DARTEY                           CIVIL ACTION
                              :
            v.                :
                              :
MCNEILL NUTRITIONALS, ET AL

                                             02-4640

**O R D E R**

       AND NOW, this 12TH day of SEPTEMBER, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **SEPTEMBER 23 2002** at 10:15AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                              or     BY THE COURT


BY:   ANGELA J. MICKIE
      Deputy Clerk                   Judge

Civ 12 (9/83)