:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLEMENCE K. DARTEY                                    CIVIL ACTION

:
v.                              :
:

MCNEILL NUTRITIONALS, ET AL

02-4640

**O R D E R**

AND NOW, this 19TH day of SEPTEMBER, 2002, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 **TELEPHONE** conference in chambers before the Honorable J. Curtis Joyner, on **SEPTEMBER 30, 2002** at 9:30AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference. (JUDGE JOYNER'S CHAMBER 215-597-1537)

ATTEST:                              or    BY THE COURT


BY:   ANGELA J. MICKIE              _____
         Deputy Clerk                Judge

Civ 12 (9/83)