W:\FORMS\.FRM

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CLEMENCE K. DARTEY                  :
                                    :
     vs.                            :        CIVIL ACTION NO. 02-4640
                                    :
MCNEILL NUTRITIONALS, ET AL         :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  30TH   day of  SEPTEMBER, 2002,  a [ X] Pretrial

[ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:  120 DAYS DISCOVERY

                                    _____
                                    Angela Mickie
                                    Deputy Clerk to Judge Joyner

Civ 14 (8/80)